# TABLE OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Complaint for Damages (Dkt. No. 1);<br>Stipulation of Dismissal - Defendant RN Malan (Dkt. No. 16);<br>Order to Dismiss Defendants Daniel Garcia, [Bobby] Cobb, and D. Garcia with Prejudice (Dkt. No. 49) |
| 2 | Rebecca Angelini, R.N., Deposition Transcript |
| 3 | SBPD Officer Sonja Crawford Deposition Transcript |
| 4 | Sgt. Paul DesLaurier Deposition Transcript |
| 5 | Lt. Sean Lammer Deposition Transcript |
| 6 | Manny Montez, M.D. Deposition Transcript |
| 7 | SBPD Sgt. Joshua Morton Deposition Transcript |
| 8 | Custody Deputy Ansel Noakes Deposition Transcript |
| 9 | Corporal Angela Salinas Deposition Transcript |
| 10 | Custody Deputy Flavio Vargas Deposition Transcript |
| 11 | Custody Deputy Jose Velazquez Deposition Transcript |
| 12 | Joel Huerta Death Certificate with Physician/Coroner's Amendment |
| 13 | Eight (8) screen shots from Jail Video (Exhibit 61) with labels |
| 50[1] | NMS Labs Toxicology Report |
| 61 | Jail Video<br>    BkViewer Folder (contains BkViewer and BkViewerHD)<br>    Four Video Files: |

---

[1] Exhibit numbers following Exhibit No. 13 are not consecutive because they correspond to exhibit numbers assigned in discovery.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| | 1. **201608040052_0** (CH5 [IRC hallway], CH6 [IRC hallway], CH7 [IRC entrance]; CH8 [IRC reception desk])<br>2. **201608040055_0** (CH9 [Bus Hallway], CH10 [Bus hallway])<br>3. **201608040100_0 (2)** (CH7, CH8 [Safety Cell hallway])<br>4. **201608040100_0** (CH10 [Safety Cell]) |
| 63 | Officer Crawford Patrol Vehicle Mobile Audio/Video ("MAV")<br>**"Stream 0"**<br>**"Stream 2"** |
| 64 | The Wrap by Safe Restraints, Inc. Training Guide |
| 68 | Corizon Progress Note by Rebecca Malan, R.N. |