**EXHIBIT 64**



# WRAP Application Training

## Standard Application

The WRAP is typically applied by two to four people. It may need to be applied by more than four personnel, depending on the level of resistance encountered. The following illustrations show a three-person application. *See Application Variations on page 9, for two and four-personnel application instructions.*



**RECOMMENDATION**

Safe Restraints, Inc. strongly recommends that the subject be prone, faced down, with the hands cuffed behind the subject's back before applying The WRAP.

It is essential to minimize the time the subject is restrained face down to reduce the possible risks associated with respiratory fatigue.

**The WRAP** — Saves Lives • Prevents Injuries • Reduces Liability

# WRAP Application Training

 **STEP 1 – Apply Ankle Strap**



- Cross the subject's ankles.
- Apply the ankle strap firmly around the crossed ankles. *The ankle strap helps control and limit movement of the legs.*

**The WRAP** — Saves Lives • Prevents Injuries • Reduces Liability

CITY 000796

**Exhibit 64**

# WRAP Application Training

 ### STEP 2 – Position Leg Wrap




- Maintain control of the subject's upper and lower body.
- Slide the leg restraint under the subject's legs.
- Position the knees on the markings labeled "KNEES HERE".

**Tactical Tips:**

- To slide The WRAP under the subject's legs more easily, use the carry handle in the ankle strap to help lift the legs.
- If possible, deploy The WRAP from the subject's right side. This positions the three bands for easy access.



The WRAP — Saves Lives • Prevents Injuries • Reduces Liability

CITY 000797

**Exhibit 64**

# WRAP Application Training



### STEP 3 – Secure Leg Bands



- While maintaining control of the subject, secure and tighten the bands.
- Start with the band closest to the feet, moving upwards towards the subject's waist until all three bands are secure.
  *Securing the band closest to the feet first helps prevent the person from kicking.*

**The WRAP** — Saves Lives • Prevents Injuries • Reduces Liability
BY SAFE RESTRAINTS, INC.

CITY 000798

**Exhibit 64**

# WRAP Application Training

 **STEP 4 – Apply Harness**



- Maintain control of the subject and place the harness on the subject's back.
- The word "BACK" should face upwards.
- Insert handcuffs into the carabiner at the bottom of the harness. *Carabiner designed for linked or hinged handcuffs.*
- Lock carabiner by twisting lock until snug.
- Drape the shoulder straps over the person's head so their head is between the two yellow straps.

*Tactical Tips:*

- Use storage pocket on back of harness to store spit masks/guards or gloves for quick access.
- The spit mask can be applied before, during or after The WRAP has been applied.

**The WRAP** — Saves Lives • Prevents Injuries • Reduces Liability

CITY 000799

**Exhibit 64**

# WRAP Application Training



## STEP 5 – Secure the Harness



- Supporting the head of the subject, use an approved method to roll the subject up to a seated position.
- Feed the straps through the arms and attach to the locking buckles. This can be done with the subject lying on his or her side or in a seated position (seated position is easier).
- Secure the straps firmly.
- The security buckles are designed to be released with a cuff key or small object like the tip of a ballpoint pen by inserting it into the 1/4 inch hole on the metal cover and pressing inward.

*Note – Step 5 Pregnancy Exception:*
Persons who are known to be pregnant should be restrained in the least restrictive manner that is effective for officer safety. Many states/countries have specific laws or guidelines regarding the restraint of pregnant individuals. It is imperative that these guidelines be followed.

**The WRAP** BY SAFE RESTRAINTS, INC. • Saves Lives • Prevents Injuries • Reduces Liability

CITY 000800

**Exhibit 64**

# WRAP Application Training



## STEP 6 – Attach Harness Tether



- Maintain control of the subject
- Attach the tether lead of the harness to the carabiner on the body of The WRAP (*located below the bottom band by the ankles*).
- Lock the carabiner by twisting until snug.
- Pull the tether strap BACK TOWARDS THE PERSON'S BODY until the subject is fully upright. (*Do not over-tighten*). This results in the harness pulling 4-6" away from the chest for full chest expansion.
- The subject is now fully restrained in The WRAP and ready to be moved or transported.
- *Optional:* Once the person is seated upright and the harness secured, the person may be placed on their side for added safety/security or need for medical treatment, *unless otherwise directed by agency policy.*

**The WRAP** — Saves Lives • Prevents Injuries • Reduces Liability

CITY 000801

Exhibit 64

# WRAP Application Training

## Transport

Whether in the field or a controlled environment, the subject will normally need to be lifted off the ground and placed into a patrol car, on a gurney, backboard or wheel chair.

## Lifting the restrained subject



- Two people should lift the subject under the arms while the third person lifts the legs.
- The handle on the ankle strap can be used or simply a log-carry position.
- Care should be taken to avoid dropping or injuring the subject.

**The WRAP** — Saves Lives • Prevents Injuries • Reduces Liability

CITY 000802

**Exhibit 64**

# WRAP Application Training

## Application Variations

The WRAP is typically applied by two to four people. One person normally controls the upper body while the other personnel control the legs and apply the hobble and leg restraint. Occasionally the application of The WRAP may require additional personnel, depending on the amount of resistance encountered. In that situation, adjust personnel as needed. These tactics are suggestions only and may vary due to the resistance encountered or agency policy.

### Two-person application

*Two-person application differs from three-person only in regard to control duties.*

- After the subject is handcuffed, one person maintains control over the lower body while one or both apply the ankle strap and leg restraint.
- Once the legs are secure, personnel can proceed with applying the harness.

### Four-person application

- One person controls the upper body.
- Second person controls the feet.
- Third and fourth personnel are at each side of the subject's legs, and apply the ankle strap and leg restraint.
- Once the legs are secure, proceed with applying the harness.

**Tactical Tip:**
Coordinating the application of The WRAP among personnel at the scene is critical. The person controlling the upper body is usually in the best position to coordinate the application.



CITY 000803

Exhibit 64

# WRAP Application Training

## Removing The WRAP

Reverse the application procedure. It may be necessary to ease the tension of the tether strap (the strap that connects the harness to the leg wrap) to disconnect from the carabiner on The WRAP. To implement, lean the subject forward and either loosen the tether's ring or simply disconnect the ring from the carabiner. Unlock the security buckles by inserting a cuff key or small object like the top of a ballpoint pen into the 1/4 inch hole on the metal cover and press down.

## Preparing The WRAP

The WRAP should be stored properly in the tactical bag so it is ready for the next deployment.

## Cleaning

When needed, clean with soap and water. A small amount of bleach may be added. Air dry. The WRAP can also be sanitized through a local crime scene cleaning service. If professional cleaning does not prove satisfactory, replacement should be considered.

The WRAP BY SAFE RESTRAINTS, INC. • Saves Lives • Prevents Injuries • Reduces Liability

CITY 000804

**Exhibit 64**

# WRAP Application Training

## Precautions

### Precaution 1 - Aspiration:
**Aspiration is possible when in the supine position.**
Applied properly, The WRAP harness does not hinder the subject's ability to breathe. To minimize respiratory issues, personnel need to work quickly so that the subject is secured in one of the recovery positions.

*Tactical Tip:*
Quick application of the ankle and leg restraint reduces further risks and allows staff to de-escalate. Personnel can then assess the person and staff for any immediate medical needs.

### Precaution 2 – Medical Attention:
**If a restrained subject complains of or exhibits any medical concerns, seek immediate medical attention. Medical treatment can be provided while the subject is restrained in The WRAP.**

Examples of health concerns are:
- Respiratory Distress (i.e. coughing, gasping, gagging, shortness of breath)
- Sudden quiet or inactivity (especially after a violent struggle)
- Chest pains, shooting pains down the arm
- Change in facial color
- Elevated body temperature (I'm burning up!)
- Vomiting
- Suspected drug behavior
- Sweating profusely



The WRAP by Safe Restraints, Inc. • Saves Lives • Prevents Injuries • Reduces Liability

CITY 000805

**Exhibit 64**

# WRAP Application Training

### Precaution 3 – Harness:
The shoulder harness should not be tightened to the point that it may interfere with the subject's ability to breathe.

### General Precautions:
- Subject should be monitored at all times.
- The WRAP is a temporary restraint system designed to provide emergency stabilization. Like all restraints, you must assume it is not escape-proof.
- Caution should be taken to avoid any straps getting tangled around the subject's neck.
- Emergency medical care or evaluation of the subject should be considered in order to reduce injuries and the possibility of in-custody death.
- While removing The WRAP, make sure to secure it in an area not accessible to the subject or to others in the immediate area.
- After use, follow agency protocol should bodily fluids be present on The WRAP.

**The WRAP** BY SAFE RESTRAINTS, INC • Saves Lives • Prevents Injuries • Reduces Liability

CITY 000806

Exhibit 64





**Exhibit 64**