ARIEL PIERRE CALONNE, City Attorney (SBN 110268)
Tom R. Shapiro, Assistant City Attorney (SBN 127383)
Robin L. Lewis, Assistant City Attorney (SBN 199077)
740 State Street, Suite 201
Post Office Box 1990
Santa Barbara, California 93102-1990
Telephone: (805) 564-5326
Fax: (805) 564-5426
email: *tshapiro@santabarbaraca.gov*

Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, City of Santa Barbara, John Barriga, Nathan Beltran, Sonja Crawford, Andre Feller, Daniel Garcia, James Lombardo, Joshua Morton, Gareth Neumann and Tyler Thompson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONYA HUERTA and YVONNE HUERTA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SANTA BARBARA, JOHN BARRIGA, NATHAN BELTRAN, SONJA CRAWFORD, ANDRE FELLER, DANIEL GARCIA, JAMES LOMBARDO, JOSHUA MORTON, GARETH NEUMANN and TYLER THOMPSON; THE COUNTY OF SANTA BARBARA, COBB, P. DESLAURIER, S. DWYER, D. GARCIA, C. GOODWIN, RN MALAN, A. NOAKES, A. SALINAS, F. VARGAS, Jr. and JOSE VELASQUEZ and DOES 1 through 20 inclusive, | Case No. 2:17-CV-06225-TJH (JEMx)<br><br>**DECLARATION OF TOM R. SHAPIRO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Date: May 27, 2019<br>Time: UNDER SUBMISSION<br>Crtrm.: 9B<br><br>Complaint filed: August 22, 2017<br>FPTC: June 17, 2019<br>Trial Date: July 16, 2019 |

Case No. 2:17-CV-06225-TJH (JEMx)

DECLARATION OF TOM R. SHAPIRO

1 | Defendant.
2 |
3 | I, Tom R. Shapiro, declare as follows:
4 | 1. I am an attorney duly admitted to practice before this court. I am an
5 | Assistant City Attorney for the City of Santa Barbara, attorney of record for Defendants
6 | CITY OF SANTA BARBARA, JOHN BARRIGA, NATHAN BELTRAN, SONJA
7 | CRAWFORD, ANDRE FELLER, JAMES LOMBARDO, JOSHUA MORTON,
8 | GARETH NEUMANN and TYLER THOMPSON. I have personal knowledge of the
9 | facts set forth herein, except as to those stated on information and belief and, as to
10 | those, I am informed and believe them to be true. If called as a witness, I could and
11 | would competently testify to the matters stated herein. I make this declaration in
12 | support of Defendants' Motion For Summary Judgment Or In The Alternative Summary
13 | Adjudication Of Issues.
14 | 2. Pursuant to Federal Rules of Civil Procedure, Local Rule 7-3, prior to
15 | filing of this motion, the parties met and conferred regarding Defendants' Motion for
16 | Summary Judgment. On March 1, 2019, email and hard copy correspondence was sent
17 | to plaintiff's counsel, Catherine Swysen, outlining the City Defendants' position relating
18 | to issues raised in the summary judgment motion, and requested a meet and confer
19 | meeting in person. Attached as **Exhibit A** is a true and correct copy of the
20 | correspondence.
21 | 3. On March 18, 2019, I had a telephonic meet and confer with Ms. Swysen
22 | to discuss dismissal of the suit entirely and/or dismissal of some of the City defendants.
23 | 4. On March 25, 2019, follow up correspondence was sent to Ms. Swysen
24 | requesting dismissal of seven of the City defendants. Attached as **Exhibit B** is a true
25 | and correct copy of the correspondence and plaintiffs' response.
26 | 5. Attached hereto as **Exhibit C** is a true and correct copy of relevant
27 | portions of the deposition of Officer Sonja Crawford, taken on September 7, 2018.
28 |

6. Attached hereto as **Exhibit D** is a true and correct copy of relevant portions of the deposition of Officer Jose Velasquez, taken on June 29, 2018.

7. Attached hereto as **Exhibit E** is a true and correct copy of relevant portions of the deposition of Sonya Huerta, taken on July 30, 2018.

8. Attached hereto as **Exhibit F** is a true and correct copy of relevant portions of the deposition of Joel Nick Huerta, Jr., taken on May 30, 2018.

9. Attached hereto as **Exhibit G** is a true and correct copy of relevant portions of the deposition of Maricela Quinteros, taken on July 31, 2018.

10. Attached hereto as **Exhibit H** is a true and correct copy of relevant portions of the deposition of Sergeant Andre Feller, taken on September 13, 2018.

11. Attached hereto as **Exhibit I** is a true and correct copy of relevant portions of the deposition of Evelyn Ballesteros, taken on July 31, 2018.

12. Attached hereto as **Exhibit J** is a true and correct copy of relevant portions of the deposition of Deputy Ansel Noakes, taken on June 25, 2018.

13. Attached hereto as **Exhibit K** is a true and correct copy of relevant portions of the deposition of Sergeant Paul Deslaurier, taken on August 21, 2018

14. Attached hereto as **Exhibit L** is a true and correct copy of relevant portions of the deposition of Sergeant Paul Deslaurier, taken on August 31, 2018.

15. Attached hereto as **Exhibit M** is a true and correct copy of relevant portions of the deposition of Deputy Flavio Vargas, taken on June 29, 2018.

16. Attached hereto as **Exhibit N** is a true and correct copy of relevant portions of the deposition of Nurse Rebecca Angelini, (formerly Rebecca Malan) taken on September 11, 2018.

17. Attached hereto as **Exhibit O** is a true and correct copy of relevant portions of the deposition of Dr. Manny Montes, taken on August 16, 2018.

18. Attached hereto as **Exhibit P** is a true and correct copy of relevant portions of the deposition of Officer Tyler Thompson, taken on February 11, 2019.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on this 18th day of April, 2019, at Los Angeles, California.

/s/ Tom R. Shapiro
Tom R. Shapiro - Declarant