ARIEL PIERRE CALONNE, City Attorney (SBN 110268)
Tom R. Shapiro, Assistant City Attorney (SBN 127383)
Robin L. Lewis, Assistant City Attorney (SBN 199077)
740 State Street, Suite 201
Post Office Box 1990
Santa Barbara, California 93102-1990
Telephone: (805) 564-5326
Fax: (805) 564-5426
email: *tshapiro@santabarbaraca.gov*

Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, City of Santa Barbara, John Barriga, Nathan Beltran, Sonja Crawford, Andre Feller, Daniel Garcia, James Lombardo, Joshua Morton, Gareth Neumann and Tyler Thompson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONYA HUERTA and YVONNE HUERTA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SANTA BARBARA, JOHN BARRIGA, NATHAN BELTRAN, SONJA CRAWFORD, ANDRE FELLER, DANIEL GARCIA, JAMES LOMBARDO, JOSHUA MORTON, GARETH NEUMANN and TYLER THOMPSON; THE COUNTY OF SANTA BARBARA, COBB, P. DESLAURIER, S. DWYER, D. GARCIA, C. GOODWIN, RN MALAN, A. NOAKES, A. SALINAS, F. VARGAS, Jr. and JOSE VELASQUEZ and DOES 1 through 20 inclusive, | Case No. 2:17-CV-06225-TJH (JEMx)<br><br>**NOTICE OF MANUAL LODGING OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION OF ISSUES ON FIRST AMENDED COMPLAINT**<br><br>*[Filed Concurrently with Motion for Summary Judgment and/or Summary Adjudication; Separate Statement of Uncontroverted Facts; Accompanying Exhibits; Declarations of Tom R. Shapiro, John Barriga, Sonja Crawford, James Lombardo, Tyler Thompson, Nathan Beltran; and [Proposed] Order]*<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Date: May 27, 2019<br>Time: UNDER SUBMISSION<br>Crtrm.: 9B |

| | |
|---|---|
| 1     Defendant. | Complaint filed: August 22, 2017 |
| 2 | FPTC: June 17, 2019 |
| 3 | Trial Date: July 16. 2019. |

4        Defendants, CITY OF SANTA BARBARA, JOHN BARRIGA, NATHAN
5 BELTRAN, SONJA CRAWFORD, ANDRE FELLER, JAMES LOMBARDO,
6 JOSHUA MORTON, GARETH NEUMANN and TYLER THOMPSON hereby
7 lodge the following exhibit in support of their Motion for Summary Judgment
8 and/or Adjudication of Issues on Plaintiffs' Complaint:

9      1.     **Exhibit Q** – MAV Officer Sonja Crawford; Audio recording of
10 incident, authenticated by Sonja Crawford Declaration ¶5

11      2.     **Exhibit R** – MAV Officer Tyler Thompson; Audio recording of incident,
12 authenticated by Tyler Thompson Declaration ¶4.

13      3.     **Exhibit S** – Detective Klug Interview of Paramedic Brad Moore on
14 August 4, 2016, authenticated by Detective D. Klug Declaration ¶3

15      4.     **Exhibit T** – Detective Klug Interview of EMT Diego Topete on August 4,
16 2016, authenticated by Detective D. Klug Declaration ¶4

17      5.     **Exhibit U** – MAV Officer John Barriga; Audio recording of incident,
18 authenticated by John Barriga Declaration ¶7.

19 DATED: April 29, 2019        **MANNING & KASS**
20                                        **ELLROD, RAMIREZ, TRESTER LLP**

By:     /s/ Eugene P. Ramirez
Eugene P. Ramirez
Attorney for Defendants, City of Santa
Barbara, John Barriga, Nathan Beltran,
Sonja Crawford, Andre Feller, Daniel
Garcia, James Lombardo, Joshua Morton,
Gareth Neumann and Tyler Thompson