**SANGER SWYSEN & DUNKLE**
Attorneys at Law
Catherine J. Swysen, SBN 171929
Stephen K. Dunkle, SBN 227136
Miguel A. Avila, SBN 319498
125 E. De La Guerra St., Ste. 102
Santa Barbara, California 93101
Telephone: (805) 962-4887
Facsimile: (805) 963-7311
rmsteam@sangerswysen.com

Attorneys for Plaintiffs,
Sonya Huerta and Yvonne Huerta

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA HUERTA and YVONNE HUERTA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE CITY OF SANTA BARBARA, JOHN BARRIGA, NATHAN BELTRAN, SONJA CRAWFORD, ANDRE FELLER, DANIEL GARCIA, JAMES LOMBARDO, JOSHUA MORTON, GARETH NEUMANN, TYLER THOMPSON, THE COUNTY OF SANTA BARBARA, SERGEANT COBB, P. DESLAURIER, S. DWYER, D. GARCIA, C. GOODWIN, RN MALAN, A. NOAKES, A. SALINAS, F. VARGAS JR., JOSE VELASQUEZ, and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-06225-TJH (JEMx)<br><br>**DECLARATION OF CATHERINE J. SWYSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CITY OF SANTA BARBARA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Statement of Genuine Issues of Material Fact; Declarations of Barry Gustin and Roger Clark, Table of Exhibits, and Notice of Lodging of Non-Paper Exhibits]<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Date: July 1, 2019<br>Time: UNDER SUBMISSION<br>Crtrm: 9B |

///

///

1

DECLARATION OF CATHERINE J. SWYSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CITY OF SANTA BARBARA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Catherine J. Swysen, declare:

1. I am the attorney of record for the plaintiffs Sonya Huerta and Yvonne Huerta (collectively "Plaintiffs"). If called as a witness I could and would competently testify to the matters set forth herein of my own personal knowledge.

2. Attached hereto as **Exhibit AA** to Plaintiffs' Opposition to Defendants City of Santa Barbara, John Barriga, Nathan Beltran, Sonja Crawford, Andre Feller, James Lombardo, Joshua Morton, Gareth Neumann and Tyler Thompson (collectively "the City of Santa Barbara Defendants") are true and correct copies of relevant portions of the deposition of Sonja Crawford taken on September 7, 2018.

3. Attached hereto as **Exhibit BB** to Plaintiffs' Opposition is a true and correct copy of the Public Intoxication Probable Cause Declaration prepared by Sonja Crawford on August 4, 2016 which was designated as Exhibit 5 in her deposition.

4. Attached hereto as **Exhibit CC** to Plaintiffs' Opposition is a true and correct copy of Santa Barbara Police Officer James Lombardo's Report produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26.

5. Attached hereto as **Exhibit DD** to Plaintiffs' Opposition is a true and correct copy of Santa Barbara Police Department Officer John Barriga's Report produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26.

6. Attached hereto as **Exhibit EE** to Plaintiffs' Opposition is a true and correct copy of Santa Barbara Police Department Officer Nathan Beltran's Report produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26.

2

DECLARATION OF CATHERINE J. SWYSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO CITY OF SANTA BARBARA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

7. Attached hereto as **Exhibit FF** to Plaintiffs' Opposition are true and correct copies of excerpts of the deposition of Santa Barbara Police Department Sgt. Andre Feller taken on September 13, 2018.

8. Attached hereto as **Exhibit GG** to Plaintiffs' Opposition are true and correct copies of excerpts of the deposition of Santa Barbara Police Department Tyler Thompson taken on February 11, 2019.

9. Attached hereto as **Exhibit HH** to Plaintiffs' Opposition is a true and correct copy of Santa Barbara Police Department Gareth Neumann's Report produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26.

10. Attached hereto as **Exhibit II** to Plaintiffs' Opposition is a true and correct copy of a transcript of Officer Tyler Thompson's Mobile Audio Visual recording (City Exhibit R.)

11. Attached hereto as **Exhibit KK** to Plaintiffs' Opposition is a true and correct copy of a transcript of Officer Sonja Crawford's Mobile Audio Visual recording (City Exhibit Q.)

12. Attached hereto as **Exhibit LL** to Plaintiffs' Opposition are true and correct copies of excerpts of the deposition of Santa Barbara County Custody Deputy Flavio Sandoval taken on September 29, 2018.

13. Attached hereto as **Exhibit MM** to Plaintiffs' Opposition are true and correct copies of the deposition of Santa Barbara County Custody Deputy Angel Noakes taken on June 25, 2018.

14. Attached hereto as **Exhibit NN** to Plaintiffs' Opposition are true and correct copies of excerpts of the deposition of nurse Rebecca Angelini (Malan) taken on September 11, 2018.

15. Attached hereto as **Exhibit OO** to Plaintiffs' Opposition are true and correct copies of excerpts of the deposition of Santa Barbara County Custody Sgt.

3

DECLARATION OF CATHERINE J. SWYSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CITY OF SANTA BARBARA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. Paul DesLaurier taken on August 21, 2018.

16. Attached hereto as **Exhibit PP** to Plaintiffs' Opposition are true and correct copies of excerpts of the deposition of Santa Barbara County Custody Corporal Angela Salinas taken on January 31, 2019.

17. Attached hereto as **Exhibit QQ** to Plaintiffs' Opposition is a true and correct copy of Santa Barbara Police Department Policy Manual, Policy 434, Medical Aid and Response produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26 and designated as Exhibit 72 in depositions.

18. Attached hereto as **Exhibit RR** to Plaintiffs' Opposition is a true and correct copy of Santa Barbara Police Department Use of Force Policy, 300.6, Medical Considerations produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26 and designated as Exhibit 67 in depositions.

19. Attached hereto as **Exhibit SS** to Plaintiffs' Opposition is a true and correct copy of Santa Barbara Police Department Memorandum re General Order #01-16, Update to Santa Barbara Police Department Manual, WRAP Device produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26 and designated as Exhibit 65 in depositions.

20. Attached hereto as **Exhibit TT** to Plaintiffs' Opposition is a true and correct copy of the WRAP Training Bulletin 2016, No. 009 produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26 and designated as Exhibit 66 in depositions.

21. Attached hereto as **Exhibit UU** to Plaintiffs' Opposition is a true and correct copy of the WRAP Application Training brochure produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26 and designated as Exhibit 64 in depositions.

22. Attached hereto as **Exhibit VV** to Plaintiffs' Opposition is a true and correct copy of the Santa Barbara Sheriff's Department jail video recordings of the interaction with Joel Huerta from his arrival at the jail to his death produced by the County of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26 and designated as Exhibit 61 in depositions.

23. Attached hereto as **Exhibit ZZ** to Plaintiffs' Opposition are true and correct copies of excerpts of the deposition of Maricela Quinteros taken on July 31, 2018.

24. Attached hereto as **Exhibit AAA** to Plaintiffs' Opposition is a true and correct copy of Santa Barbara Police Department Tyler Thompson's Report produced by the City of Santa Barbara Defendants pursuant to Federal Rules of Civil Procedure Rule 26 and designated as Exhibit 80 in depositions.

25. Attached hereto as **Exhibit BBB** to Plaintiffs' Opposition are true and correct copies of excerpts the deposition of Santa Barbara County Custody Lieutenant Shawn Lammers taken on January 30, 2019.

26. Attached hereto as **Exhibit CCC** to Plaintiff's Opposition is a true and correct copy of the Declaration of Stephen Dwyer filed in support of the County of Santa Barbara Defendants' Motion for Summary Judgment in this action.

27. Attached hereto as **Exhibit DDD** are true and correct copies of excerpts of the deposition of Santa Barbara County Custody Deputy Jose Velasquez taken on June 29, 2018.

28. Attached here as **Exhibit EEE** are true and correct copies of excerpts of the deposition of Evelyn Ballesteros taken on July 21, 2018.

///

///

///

5

DECLARATION OF CATHERINE J. SWYSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CITY OF SANTA BARBARA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on June 10, 2019, at Brussels, Belgium.

                                             /s/ Catherine J. Swysen
                                             Catherine J. Swysen

DECLARATION OF CATHERINE J. SWYSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CITY OF SANTA BARBARA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT