**EXHIBIT TT**


Crawford
EXHIBIT NO. 66
9-7-18 3 pgs

 

# Training Bulletin
### SANTA BARBARA POLICE DEPARTMENT

**Lori Luhnow, Police Chief**

**VOL. 2016, NO. 009**  **July 28, 2016**


**BY SAFE RESTRAINTS, INC.**
www.saferestraints.com/more

This training bulletin is intended to familiarize Department personnel with the Wrap and the procedural guidelines for its use. This training bulletin is being issued with **General Order (GO) #01-16**.

Description

The **WRAP**, manufactured by Safe Restraints, Inc., was designed as a temporary restraining device. Used properly it can increase officer safety and reduce risk of liability due to injuries and in custody deaths. The **WRAP** immobilizes the body and restricts a subject's ability to kick or do harm to oneself and others. The WRAP minimizes the time required to secure a person safely, restrains the subject in an upright position, and has the subject prepared for transport or movement.

<span style="color:red">The WRAP Safe Restraint System should only be used by persons trained in its safe and proper application.</span>

Field Use

The Wrap can be used prior to or after a violent or potentially violent/combative subject is controlled using approved departmental methods. Like any restraint device, do not assume the Wrap is escape proof. Once applied, **THE SUBJECT SHALL NOT BE LEFT UNMONITORED**.

The Wrap should be considered for use under the following situations:
A. Whenever you anticipate possible violent/combative behavior.
B. To immobilize a violent/combative subject.
C. To limit violent/combative subjects from causing injury to themselves or others.
D. To prevent violent/combative subjects from causing property damage by kicking.
E. To restrain subjects after a chemical spray or stunning device is used.
F. When conventional methods of restraint are not effective.
G. In transportation of violent/combative subjects.
H. To assist with cell extraction of violent/combative subjects.

Once the subject is properly restrained in the Wrap, they can be placed on their side or in a sitting position. This will increase the oxygen recovery rate and reduce the incidence of respiratory fatigue.

***Pregnancy Exception:***
Persons who are known to be pregnant should be restrained in the least restrictive manner that is effective for officer safety.

## Application
The Wrap can be applied by one person if the subject is passive, but for violent/combative subjects, two to four people should be used. Only qualified personnel who have received training in the use of the Wrap should use this restraining device. The WRAP Safe Restraint System should only be used by persons trained in its safe and proper application.

## Lifting the restrained subject
Two people should lift the subject under the arms while the third person lifts the legs.
• The handle on the ankle strap can be used or simply a log-carry position.
• Care should be taken to avoid dropping or injuring the subject.

## Medical Attention
If a restrained subject complains of or exhibits any medical concerns, seek immediate medical attention. Medical treatment can be provided while the subject is restrained in The WRAP. Examples of health concerns are:
• Respiratory Distress (i.e. coughing, gasping, gagging, shortness of breath)
• Sudden quiet or inactivity (especially after a violent struggle)
• Chest pains, shooting pains down the arm
• Change in facial color
• Elevated body temperature (I'm burning up!)
• Vomiting
• Suspected drug behavior
• Sweating profusely

## Report writing
After the deployment of the WRAP device by a trained Officer the following information will be documented in a report:
- Justification for application of WRAP
- Amount of time WRAP device was used
- Names of Officers who applied the device
- Name of Supervisor who authorized the application of device
- Injuries obtained and/or medical attention provided
- CSI photos

### Storage
The Police Department owns three WRAP devices.
- One the training WRAP, used only for department wide training will stored inside the department.
- Two Wrap devices will be available for field use and will be stored in the trunk of two patrol Sergeant Vehicles.

## Cleaning
After every application, the officer who deployed the device will ensure that the equipment is cleaned with soap and water. A small amount of bleach may be added. Air dry. The WRAP can also be cleaned thru a professional cleaning company with supervisor approval.

## Training
Only sworn members of the Santa Barbara Police Department who completed both the hands on training and 2 written tests are to be considered trained. The training is to be completed by Instructors who have received instruction directly from the SAFE RESTRAINT INC.
Names of those instructors will be maintained in Administrative Services.

The WRAP Safe Restraint System should only be used by persons trained in its safe and proper application.